IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**THE UNITED STATES OF AMERICA**

    **vs.**                                                                       **CR. NO.18- CR 00408-01 (GAG)**

**JOSE MANUEL ALVAREZ-CARTAGENA**

**MOTION NOTIFYING BAIL VIOLATIONS**

**TO THE HONORABLE GUSTAVO A. GELPI**
**UNITED STATES DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

    **COMES NOW, Alexandria Oliveras-Rivera, U.S. Probation Officer of this Court**, and respectfully informs and prays that:

1. On June 22, 2018, the Honorable Camille Velez-Rivera, U.S. Magistrate Judge, ordered the defendant's release on a $10,000 unsecured bond and a specific condition of release that is that Mr. Alvarez-Cartagena shall reside with his mother and **remain outside the Carioca Public Housing Project**.

2. On December 10, 2018, Mr. Alvarez-Cartagena reported to have some family problems that have forced him to occasionally reside at Public Housing Project Carioca without notifying the undersigned officer nor requesting change of address to the Court. Mr. Alvarez-Cartagena's unacceptable behavior was conducted consciously of the consequences. This same day, the U.S. Probation Officer verbally admonished Mr. Alvarez-Cartagena and informed him that the Court will be notified of the alleged violations to his Order of Release.  Mr. Alvarez-Cartagena is in

**violation to bail condition 7 (f): Abide by the following restrictions on personal association, residence, or travel**.

**WHEREFORE**, the undersigned respectfully prays that the Court takes notice of the contents of this motion and recommends no adverse action.

In San Juan, Puerto Rico, this 12th day of December 2018.

RESPECTFULLY SUBMITTED,

LUIS ENCARNACION, Chief

U.S. Probation Officer
s/Alexandria Oliveras-Rivera
Alexandria Oliveras-Rivera
U.S. Probation Officer
United States Probation Office
Federico Degetau Federal Office Building
150 Chardón Avenue, Rm. 400
Hato Rey, P.R.  00918
Telephone: (787) 766-5596
Fax: (787) 281-4940
E-mail: alexandria_oliveras@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to interested parties in the case.

In San Juan, Puerto Rico, this December 12, 2018.